Leon L. Loehr, administrator of the estate of Albert Dickinson, deceased, complainant, v. Emma Benham Dickinson et al., defendants. Chicago Historical Society, appellant. Gen. No. 34,605.

Opinion filed April 6, 1931.

Loesch, Scofield, Loesch & Richards, for appellant. Follansbee, Shorey & Schupp and Rosenthal, Hamill & Wormser, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Mary Venn, defendant in error, v. Edward B. Joyce, plaintiff in error. Gen. No. 34,874.

Opinion filed April 6, 1931.

Cohen & Berke, for plaintiff in error; Benjamin E. Cohen and Mayer Goldberg, of counsel. Irving E. Read and Kirkland, Fleming, Green & Martin, for defendant in error; David Jacker and William H. Symmes, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Triangle State Bank, appellant, v. Milford F. Henkel, appellee. Gen. No. 34,889.

O'Connor, J., concurs in part. Opinion filed April 6, 1931. Rehearing denied April 21, 1931.

Deneen, Healy & Lee, for appellant; Harry W. Lippincott and Marshall A. Pipin, of counsel. James H. Turner, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Wilson & Scott Company, appellant, v. National Fiscal Corporation, appellee. Gen. No. 34,912.

Opinion filed April 6, 1931. Rehearing denied April 21, 1931.

Fred B. Houghton, for appellant. Watkins, Ten Hoor & Gilbert, for appellee; Theodore C. Diller, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.